# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Gary Sebastian Brown, III

**v.**

Federal Bureau of Investigation

**Case No:** 23-5244

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ◉ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ◉ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

Joshua M. Wesneski, Court-Appointed
Amicus Curiae in Support of Appellant

### Counsel Information

Lead Counsel: Joshua M. Wesneski

Direct Phone: (202) 682-7248 Fax: (202) 857-0940 Email: Joshua.Wesneski@weil.com

2nd Counsel: Zachary D. Tripp

Direct Phone: (202) 682-7220 Fax: (202) 857-0940 Email: Zack.Tripp@weil.com

3rd Counsel: See attached page for additional counsel

Direct Phone: ( ) Fax: ( ) Email:

Firm Name: Weil, Gotshal & Manges LLP

Firm Address: 2001 M Street NW, Suite 600, Washington DC 20036

Firm Phone: (202) 682-7000 Fax: (202) 310-8007 Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

# ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Chloe S. Fife of the law firm Weil, Gotshal & Manges hereby enters her appearance as counsel for court-appointed *amicus curiae* to present arguments in support of Appellant Gary Sebastian Brown, III.

Dated: June 24, 2024
New York, New York

Respectfully submitted,

*/s/ Chloe S. Fife*

Chloe S. Fife
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8518
Facsimile: (212) 310-8007
chloe.fife@weil.com

*Counsel for Court-Appointed Amicus Curiae in Support of Appellant*