# United States Court of Appeals
## For The District of Columbia Circuit
_____

**No. 23-5244**           **September Term, 2024**

**1:21-cv-01639-RBW**

**Filed On:** August 29, 2025

Gary Sebastian Brown, III,

    Appellant

  v.

Federal Bureau of Investigation,

    Appellee

**BEFORE:**    Rao and Walker, Circuit Judges; Ginsburg, Senior Circuit Judge

## O R D E R

Upon consideration of appellant's petition for panel rehearing filed on August 1, 2025, it is

**ORDERED** that the petition be denied.

### Per Curiam

                                     FOR THE COURT:
                                     Clifton B. Cislak, Clerk

             BY:     /s/
                     Lillian R. Wright
                     Deputy Clerk